```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 49351
    SUSAN M SHAUGHNESSY
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-2720

------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 10/12/2005 and was confirmed 01/05/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  20.58% from remaining funds.

     The case was paid in full 10/22/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                          PAID        PAID
------------------------------------------------------------------------
BANK OF AMERICA NA         UNSECURED      NOT FILED          .00         .00
BENEFICIAL FINANCE         UNSECURED      NOT FILED          .00         .00
RESURGENT CAPITAL SERVIC   UNSECURED OTH   5647.80           .00     1166.04
CACH                       NOTICE ONLY    NOT FILED          .00         .00
US DEPT OF EDUCATION       UNSECURED      14592.80           .00     3002.76
FLEET                      NOTICE ONLY    NOT FILED          .00         .00
HOUSEHOLD                  UNSECURED      NOT FILED          .00         .00
BEST BUY                   UNSECURED      NOT FILED          .00         .00
NEXTEL COMMUNICATIONS      UNSECURED      NOT FILED          .00         .00
NICOR GAS                  UNSECURED      NOT FILED          .00         .00
WELLS FARGO FINANCIAL IL   UNSECURED OTH   1310.03           .00      269.59
AMERICAN EXPRESS BANK      UNSECURED        317.59           .00       65.35
NCO FINANCIAL              UNSECURED OTH    250.00           .00       47.55
LEGAL HELPERS PC           DEBTOR ATTY    2,200.00                  2,200.00
TOM VAUGHN                 TRUSTEE                                    448.71
DEBTOR REFUND              REFUND                                     100.00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                     RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              7,300.00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                   4,551.29
ADMINISTRATIVE                              2,200.00
TRUSTEE COMPENSATION                          448.71
DEBTOR REFUND                                 100.00
                     --------------        --------------
TOTALS               7,300.00               7,300.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 49351 SUSAN M SHAUGHNESSY
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/28/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE